AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
District of South Carolina

| | | |
|---|---|---|
| Jeremy Clay Orr | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     4:24-cv-4477-DCC |
| Mr. Shafer and Ms. Lewis | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   September 15, 2025

ROBIN L. BLUME  
*CLERK OF COURT*

s/Debbie Stokes  
*Signature of Clerk or Deputy Clerk*